IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JOANN RIDLEY,

        Plaintiff

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant

NO. 5:05-CV-452 (CWH)

O R D E R

Upon motion by defendant, the Commissioner requests voluntary remand of this claim for further administrative proceedings.

Upon receipt of the court order, the Appeals Council will review any materials submitted by the plaintiff's representative and, if all materials including the hearing tape are complete, the certified administrative record will be prepared. If not, the Appeals Council will remand the case to an administrative law judge for reconstruction of the administrative record.

ACCORDINGLY, this proceeding is REMANDED to the Commissioner for further proceedings pursuant to Sentence Six of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), counsel for the plaintiff not objecting thereto. *See* Tab #12.

SO ORDERED AND DIRECTED, this 31st day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE